**276**

Jitendra P. SHAH, d/b/a A & R
Investments, Plaintiff/Appellant,

v.

Donald V. NANGLE and Jack C.
Harper, Defendants/Respondents.

No. 63057.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 24, 1993.

Joel Case, Sally S. Rajnoha, Case & Rajnoha, Ballwin, for plaintiff/appellant.

Arthur G. Muegler, Jr., Clayton, for defendant/respondent Donald V. Nangle.

Ferne P. Wolf, Michael B. Marker, St. Louis, for defendant/respondent Jack C. Harper.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Plaintiff-landlord sought to recover unpaid rent from defendants. In this court-tried case, plaintiff appeals from the directed verdict for defendants at the end of all the evidence. We affirm. No error of law appears in the trial court's judgment; an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).